AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Turquoise/Gray Chevrolet single cab truck; New Mexico plate, 637PSR

Case No. 16-MR-239

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 29 2016
MATTHEW J. DYKMAN
CLERK

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Turqoise/Gray Chevrolet truck bearing New Mexico plate 637PSR. The Chevrolet truck is located at the A-1 Towing Service Company, 19(b) Coal Basin Road, Gallup, New Mexico

located in the   McKinley County   District of   New Mexico  , there is now concealed *(identify the person or describe the property to be seized)*:

Documentation by use of photography and measurement; a complete mechanical inspection; documentation of ownership of the vehicle; alcohol intoxicating beverage containers; bodily fluids/tissues/organs; trace evidence, i.e. hairs, glass, fibers; latent prints, located in the interior and exterior of the Cheverolet Truck.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 1153 | Offenses committed in Indian Country |
| Title 18 U.S.C. 1112 | Involuntary Manslaughter |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Robert H. James, Criminal Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 29, 2016

*Judge's signature*

City and state: Farmington, NM

B. Paul Briones, US Magistrate Judge
*Printed name and title*

## Probable Cause

I, the undersigned, being duly sworn, hereby depose and state as follows:

1. I am a Criminal Investigator (CI) of the Navajo Nation Department of Criminal Investigation, and have been employed in that capacity since August 1997, and I am currently assigned to the Crownpoint Criminal Investigation District, Crownpoint, New Mexico. I have primary investigative responsibilities in crimes that occur in Indian Country, including violent crimes such as homicides, robbery, arson, assault and sexual assault. I also conduct investigations of non-felony crimes that occur on the Navajo Nation, including but not limited to non-negligent deaths, burglaries, and aggravated battery. The information set forth in this affidavit has been derived from my own investigation conducted and/or communicated to me by other sworn law enforcement officers.

## II. Investigative Information

1. On March 20, 2016 I CI ROBERT H. JAMES received a telephone call from the Navajo Police Department (NPD), Crownpoint Police District Communication of a motor vehicle crash. A motor vehicle had crashed into a tree resulting in a fatality at Breadsprings, New Mexico. Your Affiant arrived at the motor vehicle crash scene at milepost 4.7 on Breadsprings Road, Breadsprings, McKinley County, New Mexico, which is within the exterior boundaries of the Navajo Nation.

2. March 20, 2016 your affiant established contact with NPD Police Officer FRANKLIN BEGAYE. Officer BEGAYE provided the following information.

a) The vehicle involved is a Chevrolet truck. The Chevrolet truck was traveling eastbound on Breadsprings Road. There was a male occupant that was partially

ejected from the truck's passenger side door window opening. Officer BEGAYE advised the male occupant is deceased and he did not have the deceased male's identity information.

  b) Officer BEGAYE advised that the Breadsprings Fire Department volunteer personnel had performed a short distance perimeter search east of the Chevrolet truck location for possible additional truck occupants but they did not locate any person.

  3. March 20, 2016 while on scene, your Affiant established contact with G.L., year of birth, 1973.

  a) G.L. advised that earlier today about 7:30 PM, at the junction of Breadsprings Road and Rodeo Road, her nephew BRANDON LINCOLN got in the same vehicle that crashed into the tree. The driver of that vehicle looked intoxicated. The driver wore dark sunglasses. She tried to tell her nephew to not go with the intoxicated person but he told her, he knows the driver and got in. The truck went in west direction.

  b) G.L. advised that her nephew wore green Carhartt cargo jeans, black t-shirt, black shoes, his hair length is about an inch in length, and he has numerous cigarette burn scars on both arms.

  4. March 20, 2016 your affiant observed the location of the vehicle crash scene at approximately thirty yards south of milepost 4.7 Breadsprings Road, just inside the interior of the pinon tree forest line. Your Affiant observed a turquoise/gray Chevrolet four-wheel drive, single cab, long wheeled base truck facing in an east direction, nearly up against a large pinon tree. The Chevrolet truck had impact damages to its entire front end, the engine hood, and the windshield. The Chevrolet truck had a New Mexico license plate, 637PSR attached to the rear bumper.

5. Your Affiant observed a single can of Natural Ice beer, located on the driver side floorboard. Your Affiant observed blood spatters on the passenger side doorsill plate, the passenger side seatbelt housing, the seat, and the passenger side door window rubber molding.

6. Your Affiant observed a gray blanket that was used to cover JOHN DOE. The deceased body was halfway through the passenger side door opening. JOHN DOE'S waistline was positioned on the bottom of the door window opening. From the waist down to the feet were on the interior side of the door, and from the waist up to the head and arms were on the exterior side of the passenger door. The passenger door window's rubber molding was wrapped around JOHN DOE at the left shoulder, which prevented JOHN DOE'S efforts of crawling out the door window opening. JOHN DOE smelled of alcohol intoxicating beverage on his person.

7. After a walk through of the scene, your Affiant determined that the Chevrolet truck was traveling eastbound on Breadsprings Road, entered a curve in the asphalt roadway, the driver of the Chevrolet truck failed to negotiate the curve in the roadway, traveled off the roadway onto the dirt area, continued traveling towards the forest tree line, traveled into the forest tree line, and impacted into a large pinon tree.

8. Officer BEGAYE informed your Affiant that he had located foot tracks in the soft ground, leading in a south direction. Officer BEGAYE and your Affiant tracked the foot tracks to the right-a-way highway fence line, crossed the fence line, and continued tracking. About 70 yards south of the Chevrolet truck, a male person was located lying on the ground. The male person matched the same description provided by G.L. An ambulance was called for the male person.

9. March 21, 2016 your Affiant established contact with BRANDON LINCOLN at the emergency room of the Gallup Indian Medical Center, Gallup, New Mexico. He was advised of the identity of the interviewing official as CI JAMES and purpose of the contact. BRANDON BOB LINCOLN smelled of alcohol intoxicating beverages on his person and on his breath.

    a) BRANDON LINCOLN advised he was the driver of the green and gray Chevrolet truck. He had just met his "bro" JOHN DOE today. He does not even know his name. He does not really remember much of what happened. They were going to the store but his bro told him to turn around. He turned around at the top of a hill and began to drive back to the house. He was driving down a hill and the next thing he knows, he hit a tree.

    b) He saw that JOHN DOE was halfway out the passenger side door window opening. He got out of the truck on the driver side and walked around the truck to the passenger side. He attempted to wake up his bro but he was unresponsive. He knew his bro had passed on. He got scared and walked away from the truck but his knees were hurting, and he laid down on the ground.

    c) He advised that he drank a pint of Fireball liquor and two Budweiser beers during the day.

10. The vehicle involved is a turquoise/gray Chevrolet single cab, four-wheel drive, long wheel base truck. A New Mexico license plate 637PSR attached to the rear bumper. The VIN is 1GCDK14K9ME191942. The vehicle is currently stored at the A-1 Towing Service, 19b Coal Basin Road, Gallup, New Mexico.

11. Based on the training of the affiant, it is known that the search, seizure, processing and documentation of the said vehicle, processing are material to the investigation

of this fatal motor vehicle crash, and material to evaluating driver culpability if any. In order to ensure and promote a complete and thorough investigation of the Chevrolet truck, investigators may be required to examine the entire vehicle for forensic trace evidence. It may be necessary for investigators to remove and/or damage entire portions of the vehicle including but not limited to doors, windows, carpets, upholstery, mechanical equipment and/or the body and frame of the Chevrolet truck.

12. Based on the information set forth in this affidavit, your affiant submits that there is probable cause to believe that on or about March 20, 2016, within the exterior boundaries of the Navajo Indian Reservation, in Indian Country, in McKinley County, in the State and District of New Mexico, BRANDON BOB LINCOLN, a Navajo Indian, unlawfully killed JOHN DOE, a Navajo Indian, while in the commission of an unlawful act not amounting to a felony by violating New Mexico's statute prohibiting persons under the influence of intoxicating liquor, N.M. Stat. Ann. Section 66-8-102 1978, by operating a motor while under the influence of intoxicating liquor, in violation of 18 U.S.C. 1153 and 18 U.S.C. 1112.

13. Affiant prays this Court to issue search warrant for the turquoise/gray Chevrolet single cab, four wheel drive, long wheel base truck, bearing New Mexico license plate 637PSR; VIN is 1GCDK14K9ME191942; and to seize and to examine the following of or inside the vehicle; as they are believed to contain evidence of the aforementioned crime:

a) Latent and/or visible prints, including but not limited to fingerprints and footwear impressions

b) Bodily fluids, bodily tissues and/or organs including but not limited to saliva, semen, blood, bone fragments, skin, hair, and/or any items the may have said items upon and/or within them

    c)    Trace evidence, including but not limited to glass, hair and/or fibers and/or materials that may have said items on and/or within them

    d)    Documentation of the Chevrolet truck premises for described items, to be seized, by means of measurement, photography, videography and/or any other means deemed necessary by law enforcement and/or persons assisting law enforcement.

    e)    A complete mechanical inspection of the Chevrolet truck, to be searched.

Reviewed and approved by SAUSA Kyle T. Nayback

_Robert H. James_ (signature)
Robert H. James
Criminal Investigator
Navajo Department of Criminal Investigation
Crownpoint, New Mexico

Subscribed and sworn to before me this 29 day of March 2016.

_B. Paul Briones_ (signature)
United States Magistrate Judge

-6-